## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S. BANK    v. FIRST PREFERRED TITLE         No. 05CV910-JAH(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr.

Attorneys

Plaintiffs                                           Defendants

The date and time of the Settlement Conference on September 7, 2006, at 2 p.m. is vacated and reset for September 14, 2006, at 2 p.m.

Unless excused by the Court, all parties or their representatives who have full and unlimited authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference. "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

  X    Copies to:  Counsel of Record            ____ Notified by Telephone

DATE:  September 1, 2006                        INITIALS:  PML   Deputy

                                                IT IS SO ORDERED:_____
                                                Leo S. Papas, US Magistrate Judge

MINUTE